UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10387 CAS (RZx) | Date | January 13, 2012 |
|---|---|---|---|
| Title | GERALDINE MIRANDA v. WELLS FARGO BANK; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | N/A | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers:) ORDER TO SHOW CAUSE FOR FAILURE TO OBTAIN CONSENT FOR REMOVAL FROM ALL DEFENDANTS

## I. INTRODUCTION

On November 10, 2011, plaintiff Geraldine Miranda filed the instant action in Los Angeles County Superior Court against Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB ("Wells Fargo"), Cal Western Conveyance Corporation ("Cal Western"), Rancho Horizon, LLC ("Horizon"), and Does 1–20. Plaintiff alleges violations of Cal. Bus. & prof. Code § 17200, et seq., Cal. Civ. Code § 2932.5, the Truth in Lending Act, 15 U.S.C. § 1601, et seq., RESPA, 26 U.S.C. § 2605, et seq., FCRA, 15 U.S.C. § 1681, et seq., and various other state claims. Plaintiff seeks quiet title of her former residence, along with various statutory and general damages, after title was sold in a non-judicial foreclosure.

On September 23, 2011, Wells Fargo removed the instant action based on federal question and diversity jurisdiction.

## II. DISCUSSION

28 U.S.C. § 1446(b) requires notice of removal to be filed within thirty days of receipt, by the defendant, of the initial pleading setting forth the claim for relief. All defendants must join in the removal within 30 days after the first defendant is served. Teitelbaum v. Soloski, 843 F. Supp. 614, 615 (C.D. Cal. 1994).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10387 CAS (RZx) | Date | January 13, 2012 |
|---|---|---|---|
| Title | GERALDINE MIRANDA v. WELLS FARGO BANK; ET AL. | | |

  Here, Wells Fargo's removal appears to be improper because Horizon has not joined in the removal. Wells Fargo was served with notice on November 15, 2011; on the same date, Cal Western consented to removal. Removal at 23. However, Horizon has not consented to removal, and Wells Fargo's removal papers do not acknowledge Horizon as a defendant in this action. Id. Accordingly, defendants are hereby ORDERED to SHOW CAUSE within **twenty (20) days** why the instant action should not be remanded for failure to join all defendants in removal. See Teitelbaum, 743 F. Supp. at 615.

  IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMOM | |